IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01936-WYD-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

2007 RANGE ROVER, VIN SALSH23427A112386,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Motion of JPMorgan Chase Bank, Lien Claimant, to File Claim and Answer Out of Time Pursuant to Rule 6(b)(1)(B) (Docket No. 13) is granted, finding good cause shown as set forth in the motion. Accordingly, it is further

    ORDERED that JP Morgan Chase Bank, N.A.'s Verified Claim Pursuant to Rule (G) (Docket No. 13-1) and Claimant JPMorgan Chase Bank, N.A.'s Answer to Verified Complaint *In Rem* (Docket No. 13-2) are considered timely filed and are accepted for filing as of the date of this Minute Order.

Date: November 14, 2014