IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01936-WYD-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

2007 RANGE ROVER, VIN SALSH23427A112386,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Withdraw Claim and Answer Filed on Behalf of Oscar Garcia (Docket No. 18) is granted.  Accordingly, Oscar Garcia's Answer (Docket No. 9) and Claim (Docket No. 10) are hereby withdrawn.  It is thus further

ORDERED that Claimant Oscar S. Garcia's Motion for Excusal From January 15, 2015 Status Conference (Docket No. 22) is denied as moot.

Date: January 14, 2015