IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Wiley Y. Daniel

Civil Action No.    14-cv-01936-WYD

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

2007 RANGE ROVER, VIN SALSH23427A112386,

　　　　Defendant.

---

## FINAL ORDER OF FORFEITURE

---

　　　　THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

　　　　THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

　　　　THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

　　　　THAT the United States and claimant JP Morgan Chase Bank N.A., through counsel Sheldon R. Singer have reached a settlement in this case as to defendant 2007 Range Rover, VIN SALSH23427A112386 and have filed a Settlement Agreement with the Court resolving all issues in dispute;

　　　　THAT forfeiture of 2007 Range Rover, VIN SALSH23427A112386 shall enter in favor of the United States;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of 2007 Range Rover, VIN SALSH23427A112386 shall enter in favor of the United States; the United States shall have full and legal title to the defendant asset, and may dispose of defendant asset in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is **GRANTED** as to the defendant asset pursuant to 28 U.S.C. § 2465.

Dated:   April 3, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE