IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01936-WYD-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2007 RANGE ROVER, VIN SALSH23427A112386,

       Defendant.
_____

**FINAL JUDGMENT**
_____

       Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Judge Michael J. Watanabe, the following JUDGMENT is hereby entered:

       1.     That forfeiture of 2007 Range Rover, VIN SALSH23427A112386 including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881.

       2.     That the United States shall have full and legal title as to the above described defendant asset and may dispose of said asset in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

       3.     That Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to all defendant asset under 28 U.S.C. § 2465.

4.	Per the parties' settlement agreement, the parties have waived their entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Done at Denver, Colorado this 3rd day of April , 2015.

                                    JEFFREY P. COLWELL
                                    Clerk of the U.S. District Court


                          By:  s/ E. Van Alphen,
                              Deputy Clerk